UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:09 CR 475 |
| ) | |
|    Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
|  -v- ) | **ORDER** |
| ) | |
| JABBAR D. SPIRES, ) | |
| ) | |
|    Defendant ) | |

The court held a sentencing hearing in the above-referenced case on May 15, 2013, at 11:00 a.m. Defendant was present and represented by Attorney Robert Duffrin. The United States was represented by Assistant United States Attorney, Justin Seabury Gold.  The Probation Office was represented by Debra White. The court reporter was Heidi Geizer.

The Defendant admitted to the violations, and the court found the Defendant to be in violation of his Supervised Release. Therefore, the court adopts Magistrate Judge Limbert's Report and Recommendation, finding that the Defendant has violated the conditions of his Supervised Release.

IT IS ORDERED that Defendant continue on Supervised Release with the same terms and conditions as originally imposed with an additional condition to include residential treatment. Defendant shall remain in custody until placed in the facility.

IT IS SO ORDERED.

                                          /s/*SOLOMON OLIVER, JR.*
                                          CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

May 15, 2013